UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS NIEVES,

        Petitioner,

  - against -

DALE ARTUS, Superintendent,

        Respondent.
-----------------------------------------------------------X

**JUDGMENT**
05-CV-3904 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order having been filed on February 20, 2013, denying the petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied; and that this case is hereby closed.

The Clerk of Court is directed to transmit a copy of this Judgment, and the accompanying Memorandum and Order, to petitioner.

SO ORDERED.

Dated: Brooklyn, New York
      February 20, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge